199 So. 908

**O. C. DOBBS v. Mrs. J. T. CHAMBLESS, Adm'x.**

**6 Div. 732.**

Court of Appeals of Alabama.
Dec. 17, 1940.

Chas. Denegre, of Birmingham, for appellant.

E. M. Zeidman, of Birmingham, for appellee.

RICE, Judge.
Affirmed on motion.

199 So. 909

**Lizzie DRAKE, alias Matthews v. STATE.**

**6 Div. 661.**

Court of Appeals of Alabama.
Dec. 17, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

190 So. 920

**Arnold DUEITT v. STATE.**

**1 Div. 348.**

Court of Appeals of Alabama.
June 30, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

PER CURIAM.
Appeal dismissed by appellant.

199 So. 909

**Jeff DUNCAN v. STATE.**

**8 Div. 81.**

Court of Appeals of Alabama.
Nov. 26, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

190 So. 921

**Monroe DYE v. STATE.**

**8 Div. 875.**

Court of Appeals of Alabama.
June 6, 1939.

Wm. Stell, of Russellville, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

194 So. 891

**Fred EARLY v. STATE.**

**2 Div. 671.**

Court of Appeals of Alabama.
Jan. 9, 1940.

Thos. S. Lawson, Atty. Gen., and John Vardaman, Asst. Atty. Gen., for the State.

RICE, Judge.
Affirmed.